**Criminal Case Cover Sheet**            **U.S. District Court - District of Massachusetts**

**Place of Offense:**     **Category No.** III     **Investigating Agency** FBI

**City** Boston     **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number 24-MJ-4483-DHH
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Krishna Kunapuli     Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) India

Birth date (Yr only): 1985   SSN (last4#): _____   Sex: Male   Race: _____   Nationality: Indian

**Defense Counsel if known:** _____     Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** Elianna J. Nuzum     Bar Number if applicable _____

**Interpreter:** ☐ Yes ☑ No     List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC §3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☑ Warrant Requested     ☐ Regular Process     ☑ In Custody

**Location Status:**

**Arrest Date** _____

☑ Already in Federal Custody as of 10/21/2024 in US Customs & Border Protection
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint     ☐ Information     ☐ Indictment

**Total # of Counts:** ☑ Petty 1     ☐ Misdemeanor _____ ☐ Felony _____

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 10/21/2024     Signature of AUSA: *Elianna J. Nuzum*

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Krishna Kunapuli

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 49 U.S.C. § 45606(2) | Application of certain criminal laws to acts on aircraft: within the special aircraft jurisdiction of the United States, committed lewd, indecent, or obscene acts in violation of D.C.C. § 22-1312 | 1 |
| Set 2 | | | 1 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____