UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Docket No.: 1:24-mj-4483-DHH |
| | : |
| KRISHNA KUNAPULI | : |

MOTION TO WITHDRAW

Now comes undersigned counsel, who respectfully files this Motion to Withdraw as counsel for Defendant Krishna Kunapuli in the above-captioned matter. The defendant has privately retained Attorney Stephen Neyman, who has filed his Notice of Appearance (ECF No. 7).

Respectfully submitted,
KRISHNA KUNAPULI
By his attorney:

*/s/ Julie-Ann Olson*
Julie-Ann Olson, B.B.O. #661464
Federal Defender Office
51 Sleeper Street, 5th Floor
Boston, MA  02210
Tel: 617-223-8061

CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system to be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on October 22, 2024.

*/s/ Julie-Ann Olson*
Julie-Ann Olson
Assistant Federal Public Defender